UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRAINE MCGEE, as Surviving Mother of CHRIS EVERETT and on Behalf of THE ESTATE OF CHRIS EVERETT, and PATRICK EVERETT, as Surviving Father of CHRIS EVERETT, | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:08-cv-02709 |
| ARKEL INTERNATIONAL, LLC, KBR TECHNICAL SERVICES, INC. and KELLOGG, BROWN & ROOT SERVICES, | § § § § § § | |
| Defendants. | § | |

## MEMORANDUM & ORDER

The Court has received Defendants' KBR Technical Services, Inc., and Kellogg, Brown, & Root Services, Inc. ("KBR") Motion for Leave to File Opposition to Motion to Remand Under Seal (Doc. No. 23), and considered the arguments of all counsel.

Because the Court cannot determine the need for confidentiality as to documents it has not received, Defendants' Motion is **GRANTED**. Plaintiffs shall have the right to move to unseal any of Defendants' documents that they believe are not appropriately subject to confidentiality.

**IT IS SO ORDERED.**

**SIGNED** this 4th day of November, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT